## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**GARY HAMMELL-EL**                                                          **PETITIONER**
**Reg. #21399-044**

**v.**                                    **CASE NO. 2:17-CV-00019 BSM**

**C.V. RIVERA, Warden, FCI-Forrest City**                            **RESPONDENT**

## <u>ORDER</u>

The recommended disposition [Doc. No. 13] submitted by United States Magistrate Judge J. Thomas Ray and petitioner Hamell-El's objections [Doc. No. 14] have been reviewed. After *de novo* review of the record, the recommended disposition is adopted in its entirety. Accordingly, Hamell-El's petition for writ of *habeas corpus* [Doc. No. 2] is dismissed with prejudice. Hamell-El's request to amend or correct Bureau of Prisons records under the Privacy Act is dismissed without prejudice.

IT IS SO ORDERED this 10th day of September 2018.

Brian S. Miller
_____
UNITED STATES DISTRICT JUDGE